No. 347, Misc. ASPINOOK CORPORATION *v.* BRIGHT, U. S. DISTRICT JUDGE. The motion for leave to file petition for writ of mandamus is denied. *Dean Hill Stanley* and *Thomas F. Daly* for petitioner.

No. 235, Misc.   CONWAY *v.* SQUIER, WARDEN;
No. 279, Misc.   SZERLIP *v.* VETERANS' ADM'N;
No. 302, Misc.   GROSS *v.* FLOWER;
No. 305, Misc.   PADGETT *v.* CLARK, ATTORNEY GEN.;
No. 317, Misc.   CAUDRON *v.* ASHE, WARDEN;
No. 323, Misc.   STEVENS *v.* ILLINOIS; and
No. 332, Misc.   JOHNSON *v.* IDAHO. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 313, Misc. HARRIS *v.* NEW YORK. Application denied.

No. 314, Misc. FOXALL *v.* RAGEN, WARDEN. The motion for leave to file petition for writ of certiorari is denied.

No. 318, Misc. SKINNER *v.* SEARCY, CLERK OF THE SUPREME COURT OF ILLINOIS. The motion for leave to file petition for writ of mandamus is denied.

No. 329, Misc. IN RE MCMILLAN. Application denied.

No. 365, Misc. TAYLOR *v.* POUST, DIRECTOR. The motion for leave to file petition for writ of mandamus is denied.